# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., | |
| Plaintiff, | Case No. 26-cv-01349 |
| v. | **Judge Manish S. Shah** |
| A3U24FVR00DYK9, et al., | **Magistrate Judge Daniel P. McLaughlin** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| SpeedXcel | 65 |

Dated this 12th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff*
*Toyota Motor Sales, U.S.A., Inc.*