IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> AXYUHWY3LYBU5, et al., <br><br> Defendants. | Case No. 26-cv-01349 <br><br> **Judge Manish S. Shah** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Plaintiff" or "Toyota Motor Sales") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants") based on Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that, by virtue of their default, Defaulting Defendants have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Toyota Trademarks"). A list of Toyota Trademarks is included in the chart below.

| Registration No. | Trademark |
|---|---|
| 843,138; 1,589,552; 1,721,365; 2,115,623 | TOYOTA |
| 1,262,925 | CAMRY |
| 2,590,587 | LAND CRUISER |
| 2,171,261 | RAV4 |
| 2,462,106 | SEQUOIA |
| 5,932,399 | SUPRA |
| 2,650,486 | TACOMA |
| 2,823,668 | TRD |
| 1,574,718; | LEXUS |
| 1,797,716; 5,810,473 | |
| 1,834,147 2,852,290 3,805,350 | |
| 5,803,480 1,619,755 | |

| Registration No. | Trademark |
|---|---|
|  |  |
| 6,938,649 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

   a. using the Toyota Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Toyota product or not authorized by Plaintiff to be sold in connection with the Toyota Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Toyota product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Toyota Trademarks;

3

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Toyota Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo Inc. ("Temu"), TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Toyota Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of twenty-five thousand dollars ($25,000) for willful use of counterfeit Toyota Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Plaintiff may serve this Order on Third Party Providers by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 3 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of statutory damages awarded in Paragraph 3 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits

to the Declaration of Teena Bohi, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Teena Bohi and any e-mail addresses provided for Defaulting Defendants by third parties.

9.  The fifty thousand dollar ($50,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED:  March 24, 2026

Manish S. Shah
United States District Judge

6

**Toyota Motor Sales, U.S.A., Inc. v. AXYUHWY3LYBU5, et al. - Case No. 26-cv-01349**

# Schedule A

| No. | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | DISMISSED | DISMISSED |
| 2 | amazon.com/sp?seller=AXYUHWY3LYBU5 | AXYUHWY3LYBU5 |
| 3 | amazon.com/sp?seller=A1ME0E9CHX7XNH | BANGHONG |
| 4 | amazon.com/sp?seller=A16WQSOVY3C1W1 | binbin Store |
| 5 | amazon.com/sp?seller=A3Q3S59FUQV0LS | DIyi trading |
| 6 | amazon.com/sp?seller=AMP18SHAPHMJN | Dxwxxwmy |
| 7 | amazon.com/sp?seller=AT91WIZNPURH7 | HEYUANSHI NIANJIA |
| 8 | amazon.com/sp?seller=A35PL6TKIDFCQF | Homerris Lans Home |
| 9 | amazon.com/sp?seller=AQ2PFT9BJOMWJ | Lingte Store |
| 10 | amazon.com/sp?seller=A1VQ2G8DJ58TR | NSNIBEIGE |
| 11 | amazon.com/sp?seller=A1UN8ICQ86YYI | pingdingshanshimengqingjidianshebeiyouxiangongsi |
| 12 | amazon.com/sp?seller=A1JC535JHV2UPA | Rhhaine Store |
| 13 | ebay.com/usr/auraliving-us | auraliving-us |
| 14 | ebay.com/usr/auto-hive | Auto-Great |
| 15 | ebay.com/usr/autohubglobal | autohubglobal |
| 16 | ebay.com/usr/autolytixpro | autolytixpro |
| 17 | ebay.com/usr/botime77 | botime77 |
| 18 | ebay.com/usr/car-helper | car-helper |
| 19 | ebay.com/usr/rixushengauto | Carrrrr |
| 20 | ebay.com/usr/cchbba007 | cchbba007 |
| 21 | ebay.com/usr/dabteeco | dabteeco |
| 22 | ebay.com/usr/ebautopartsay | ebautopartsay |
| 23 | ebay.com/usr/echostar26 | Echostar25 |
| 24 | ebay.com/usr/ecomart24 | Ecomart24 |
| 25 | ebay.com/usr/gearxpresson | gearxpresson |
| 26 | ebay.com/usr/hhbba789 | hhbba789 |
| 27 | ebay.com/usr/hp-auto | hp-auto |
| 28 | ebay.com/usr/chuanganqi010 | JDM Precision Supply |
| 29 | ebay.com/usr/kinetix88 | kinetix88 |
| 30 | ebay.com/usr/6399autostore | kingideal |
| 31 | ebay.com/usr/maxcch | maxcch |
| 32 | ebay.com/usr/maxyhbba | maxyhbba |
| 33 | ebay.com/usr/milanautoparts24 | milanautoparts24 |

| 34 | ebay.com/usr/moilybeauty88 | moilybeauty |
|---|---|---|
| 35 | ebay.com/usr/network2026 | network2026 |
| 36 | ebay.com/usr/nexpartglobal | nexpartglobal |
| 37 | ebay.com/usr/novastra77 | novastra77 |
| 38 | ebay.com/usr/ranshen529 | ranshen529 |
| 39 | ebay.com/usr/rayonda-autoparts-1 | Rayonda-AutoParts-1 |
| 40 | ebay.com/usr/rayonda-autoparts-2 | Rayonda-AutoParts-2 |
| 41 | ebay.com/usr/rayonda-autoparts-4 | Rayonda-AutoParts-4 |
| 42 | ebay.com/usr/rayonda-autoparts-5 | Rayonda-AutoParts-5 |
| 43 | ebay.com/usr/rayonda-autoparts-6 | rayonda-autoparts-6 |
| 44 | ebay.com/usr/rayonda-autoparts-7 | rayonda-autoparts-7 |
| 45 | ebay.com/usr/shareubest | Shareubest |
| 46 | ebay.com/usr/topshow7 | topshow7 |
| 47 | ebay.com/usr/worldsupply777 | worldsupply777 |
| 48 | ebay.com/usr/xdksjy | xdksjy |
| 49 | ebay.com/usr/yhqcbba | yhqcbba |
| 50 | ebay.com/usr/yvettebeauty | yvettebeauty |
| 51 | ebay.com/usr/yylx88 | yylx88 |
| 52 | ebay.com/usr/zealmotor | Zeal Motor |
| 53 | temu.com/mall.html?mall_id=634418227951036 | bag and you |
| 54 | temu.com/mall.html?mall_id=634418224300231 | chaoliukejike |
| 55 | temu.com/mall.html?mall_id=634418227795672 | Cuddle Textile |
| 56 | temu.com/mall.html?mall_id=634418227296375 | GWFAloun |
| 57 | temu.com/mall.html?mall_id=634418226638477 | nkkkrwsx |
| 58 | temu.com/mall.html?mall_id=634418226493943 | phnvfr |
| 59 | temu.com/mall.html?mall_id=634418226816217 | Qalks Hubi |
| 60 | temu.com/mall.html?mall_id=634418227687948 | quantmkiuyfc |
| 61 | temu.com/mall.html?mall_id=634418214049620 | Shanglinchepin |
| 62 | temu.com/mall.html?mall_id=33905729780 74 | Skyburst protective equipment |
| 63 | temu.com/mall.html?mall_id=634418227462204 | SLhund |
| 64 | temu.com/mall.html?mall_id=634418227653713 | Special Bag Shop |
| 65 | DISMISSED | DISMISSED |
| 66 | temu.com/mall.html?mall_id=634418223973044 | Summer DDD |
| 67 | temu.com/mall.html?mall_id=634418227707185 | TingFang |
| 68 | temu.com/mall.html?mall_id=634418223393706 | TOPEST DESIGN |
| 69 | temu.com/mall.html?mall_id=634418226257717 | Twenty Six Hat |
| 70 | temu.com/mall.html?mall_id=634418227570459 | Wealth bag |
| 71 | temu.com/mall.html?mall_id=634418226549815 | xiexiaoxiong shop |
| 72 | temu.com/mall.html?mall_id=634418220280521 | Xin Sheng Car Shop |
| 73 | temu.com/mall.html?mall_id=634418224225491 | XUEXUEPPF |

8

| 74 | temu.com/mall.html?mall_id=634418224073015 | Yang Fengqing |
|---|---|---|
| 75 | temu.com/mall.html?mall_id=634418227074820 | YDHAshop |
| 76 | temu.com/mall.html?mall_id=634418226179760 | yellow and White beautiful world |
| 77 | temu.com/mall.html?mall_id=634418227639665 | YFFpoiy |
| 78 | temu.com/mall.html?mall_id=634418227573988 | YJQguni |
| 79 | temu.com/mall.html?mall_id=634418223726960 | Yuliying |
| 80 | temu.com/mall.html?mall_id=634418227399834 | Zzhao decal |
| 81 | tiktok.com/shop/store/autoparts-9-custom/8653552535843541922?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Autoparts 9 Custom |
| 82 | tiktok.com/shop/store/brother-niu-008/7494164422244206255?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Brother Niu 008 |
| 83 | tiktok.com/shop/store/car-toy-shop/7495810521829640627?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Car toy shop |
| 84 | tiktok.com/shop/store/finniu/7496318428001110953?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Finniu |
| 85 | tiktok.com/shop/store/performance-car/8652028830970647308?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Performance Car |
| 86 | walmart.com/seller/102777859 | LINLIANGMINHART |
| 87 | walmart.com/seller/102729121 | Lizaili Co. |
| 88 | walmart.com/seller/101625882 | Luo Long Xing |
| 89 | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED |
| 91 | walmart.com/seller/102755147 | WangMeng |